AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

Jose Santiago & Domingo Vega

**EXHIBIT AND WITNESS LIST**

Case Number: 03mj0451 RBC

| PRESIDING JUDGE<br>Collings, USMJ | PLAINTIFF'S ATTORNEY<br>Susan Poswistilo, AUSA | DEFENDANT'S ATTORNEY<br>Joseph Machera & Charles Clifford |
|---|---|---|
| TRIAL DATE (S)<br>October 21, 2003 | COURT REPORTER<br>CD (start time 2:10pm) | COURTROOM DEPUTY<br>Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 11/21 | | | Special Agent Mark Tully |
| | | 11/21 | 1 | yes | criminal complaint |
| | | 11/21 | 2 | yes | compressed linesheet |
| | | 11/21 | 3 | yes | compressed linesheet |
| | | 11/21 | 4 | yes | compressed linesheet |
| | | 11/21 | 5 | yes | compressed linesheet |
| | | 11/21 | 6 | yes | Domingo Vega's notes |
| | | 11/21 | 7 | yes | Mr. V Auto Sales Receipt |
| | | 11/21 | 8 | yes | handwritten log |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages