# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                    MAGISTRATE JUDGE'S DOCKET
                                NO. 2003-M-0451-RBC-02
                                        -03

JOSE RAFEL SANTIAGO, ETC.,
DOMINGO VEGA, ETC.,
    Defendants.

# *ORDER PURSUANT*
# *TO RULE 5.1(a), FED.R.CRIM.P.*

COLLINGS, U.S.M.J.

A preliminary examination pursuant to Rule 5.1, Fed.R.Crim.P. was held on November 21, 2003. The defendants were present represented by separate counsel.

Upon a review of the evidence presented, I find that there is probable cause to believe that the defendants committed the crime with which each is charged in the Complaint.

Accordingly, pursuant to Rule 5.1(a), Fed.R.Crim.P., it is ORDERED that each defendant be, and hereby is, held to answer in the District Court.

Pursuant to Rule 5.1(c), Fed.R.Crim.P., all papers in the above-styled case are TRANSMITTED herewith to the District Court.

_/s/ Robert B. Collings_

ROBERT B. COLLINGS
United States Magistrate Judge

November 24, 2003.