# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                          CRIMINAL NO. 2003-10383-RGS-02
                                                  -03

DOMINGO VEGA,
JOSE RAFAEL SANTIAGO,
        Defendants.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

      An Initial Status Conference was held on February 4, 2004; counsel for the defendant was present.

      The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    No.

    (2)    No experts will be called.

(3) The Government may supplement its list of co-conspiractors by the close of business on 2/6/2004.

(4) Any non-discovery motions shall be filed *on or before the close of business on Thursday, February 26, 2004*; oppositions are due within the time provided by the Local Rules.

(5) *See* Order of Excludable Delay entered this date.

(6) Unknown whether there will be a plea; the trial would last a week.

(7) The Final Status Conference is set for *Friday, March 12, 2004 at 10:30 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

February 4, 2004.