# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                CRIMINAL NO. 2003-10383-RGS-02
                                                                  -03

DOMINGO VEGA,
JOSE RAFAEL SANTIAGO,
        Defendants.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

       The Court orders the following period of time excludable from the time period within which trial must commence:

       11/10/2003 - Initial Appearance

       11/17 -24/2003 - Government's Motion for Detention (filing to hearing)

       12/17/2003 - Indictment returned.

       12/23/2003 - Arraignment

       12/24/2003 - 1/21/2004 - Excluded as per L.R. 112.2(A)(2).

       2/4/2004 - Conference held.

2/5 - 2/26/2004 -    Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of February 26, 2004, NINETEEN (19) non-excludable days will have occurred leaving FIFTY-ONE (51) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 4, 2004.