United States District Court
District of Massachusetts

Criminal No. 03-10383-RGS

**United States,**

v.

**Jose Rafael Santiago**

**Motion To Suppress Evidence**

Now comes the defendant, Jose Rafael Santiago, and moves that this court suppress any and all evidence seized as a result of a stop and search of an automobile he was operating in the State of Rhode Island on November 9, 2003, as well as any evidence derived from and directly or indirectly traceable to the police action.

As grounds for this motion, the defendant states (a) that the police stopped the vehicle outside of their jurisdiction and had no authority to conduct such a stop, and (b) that the police lacked probable cause to believe that evidence of a crime would be found in the vehicle.

The actions of the police violated the defendant's right under the Fourth Amendment to the United States Constitution to be free from unlawful searches

and seizures. The defendant requests a hearing on this motion.

>Respectfully submitted,
>
>Jose Rafael Santiago,
>*By his attorney,*
>
>
>Joseph J. Machera
>B.B.O. # 311160
>220 Beach Street
>Revere, Massachusetts 02151
>(781) 289-8646