# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR NO. 03-10383-RGS-RBC |
| VS. ) | |
| ) | |
| JULIO FRANCO, ET AL., ) | |
| Defendants ) | |

## AFFIDAVIT OF DEFENDANT JOSE RAFAEL SANTIAGO

Now comes Jose Rafael Santiago under oath and deposes and states as follows:

1. I am a defendant in the above-entitled matter.

2. On November 9, 2003 I was operating a black Volkswagen Jetta northbound on my way from Rhode Island to Massachusetts.

3. As I traveled along Route 146 in Lincoln, Rhode Island, I was stopped by members of the Massachusetts State Police.

4. I was removed from the vehicle and the vehicle was searched and taken therefrom were the items that are now the subject of this motion.

5. At no time did I break any laws in the presence of the police officers, nor did I make any furtive movements, nor did I do anything to cause any of the police officers to have fear for their personal safety.

Signed and sworn to this _2nd_ day of May, 20043.

*Jose R Santiago*
Jose Rafael Santiago


## COMMONWEALTH OF MASSACHUSETTS

Plymouth, ss.                               May 2, 2004

Then personally appeared before me the above-named Jose Rafael Santiago and swore that the above statements were true to the best of his knowledge and belief.

*Charles C. Coffey*
Notary Public

My Commission Expires: 3/29/2007

## Certificate of Service

I Joseph J. Machera hereby certify that I served a copy of the above document by delivery of same in hand to Assistant U.S. Attorney Kevin P. McGrath this 3rd day of May, 2004

Joseph J. Machera