UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                               CRIMINAL NO. 03-10383-RGS

JOSE RAFAEL SANTIAGO
and DOMINGO VEGA

# NOTICE OF HEARING

**STEARNS, DJ.**                                                                **JUNE 18, 2004**

      A  HEARING*  (non-evidentiary)  IN THE ABOVE-CAPTIONED ACTION

IS HEREBY SCHEDULED FOR:

**WEDNESDAY, JUNE 30, 2004 AT 10:00 A.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT

JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED

STATES COURTHOUSE, BOSTON, MA.

      SO ORDERED.

                                                 RICHARD G. STEARNS
                                                 UNITED STATES DISTRICT JUDGE

                      BY:
                                       /s/ Mary H. Johnson
                                         Deputy Clerk

*To Be Heard:   Motions to Suppress (#'s 29 and 31).