UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 03-CR-10383-RGS |
| | ) | |
| JULIO FRANCO, | ) | |
| Defendant | ) | |

**GOVERNMENT'S ASSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE AGREED-TO STIPULATION OF FACTS**

The United States Attorney hereby respectfully moves that the Court grant a two-day extension of time to file an Agreed-To Stipulation of Facts, from today, July 14th until Friday, July 16, 2004. As grounds for this motion, the government states that the parties are close to agreement on the Stipulation of Facts. Attorney Charles A. Clifford, counsel for defendant Domingo Vega, has assented to this motion on behalf of his client, and indicated that Attorney Joseph Machera, counsel for defendant Jose Rafael Santiago, would also assent to this motion.

Dated:  July 14, 2004                    Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney


                                By:     /s/ Cynthia W. Lie
                                        CYNTHIA W. LIE
                                        Assistant U.S. Attorney