UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                          CRIMINAL NO. 03-10383-RGS

DOMINGO VEGA   and
JOSE RAFAEL SANTIAGO

# NOTICE OF HEARING

**STEARNS, DJ.**                                            **JULY 26, 2004**

**A HEARING (NON-EVIDENTIARY) ON THE DEFENDANTS' MOTIONS TO SUPPRESS IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:**

**MONDAY, AUGUST 23, 2004 AT 2:30 P.M.**

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                                                **RICHARD G. STEARNS**
                                                **UNITED STATES DISTRICT JUDGE**

              **BY:**

                        **/s/ Mary H. Johnson**
                          **Deputy Clerk**