UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.            CRIMINAL NO. 03-10383-RGS

DOMINGO VEGA and
JOSE RAFAEL SANTIAGO

# NOTICE OF FURTHER CONFERENCE

**STEARNS, DJ.**                                    **JANUARY 13, 2005**

COUNSEL IN THE ABOVE-CAPTIONED CASE ARE HEREBY ORDERED TO APPEAR FOR A "FURTHER STATUS/TRIAL ASSIGNMENT CONFERENCE" ON:

**THURSDAY, JANUARY 27, 2005 AT 4:00 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNTIED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

                    **BY:**

                                      **/s/ Mary  H. Johnson**
                                          **Deputy Clerk**