UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| v. | ) CRIMINAL NO. 03-CR-10383-RGS |
|  | ) |
| **DOMINGO VEGA and** | ) |
| **JOSE RAFAEL SANTIAGO** | ) |
|  | ) |

## ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from January 27, 2005, the initially-scheduled date of the Further Status/Trial Assignment Conference, to February 3, 2005, the date to which the Further Status/Trial Assignment Conference has been continued at defendants request, pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendants, through counsel, have assented to this request.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                      By: */s/ Cynthia W. Lie*
                              CYNTHIA W. LIE
                              Assistant U.S. Attorney

Dated:  January 24, 2005