UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                                         CRIMINAL NO. **03-10383-RGS**

**DOMINGO VEGA and JOSE RAFAEL SANTIAGO**

ORDER SETTING CRIMINAL CASE FOR TRIAL

STEARNS, DJ.

THE ABOVE-CAPTIONED CASE IS SCHEDULED FOR TRIAL IN COURTROOM **#21**, 7TH Floor,

JOHN JOSEPH MOAKLEY  UNITED STATES COURTHOUSE, BOSTON, MA  ON **MONDAY, APRIL 11,**

**2005** AT **9:00 A.M.**

ON OR BEFORE **APRIL 5, 2005** COUNSEL FOR THE PARTIES SHALL FILE,

JOINTLY OR SEPARATELY, THE FOLLOWING MATERIALS WITH THE COURT:

(1)  ANY STIPULATED OR ADMITTED FACTS IN A FORM SUITABLE
     FOR PRESENTATION TO THE JURY;
(2)  A LIST OF PROSPECTIVE GOVERNMENT WITNESSES, IDENTIFIED
     BY CITY OR TOWN OF RESIDENCE, OR BY AN INSTITUTIONAL
     ADDRESS, AND THE NAME OF THE CASE AGENT, IF ANY, WHO
     IS TO SIT AT GOVERNMENT COUNSEL TABLE;
(3)  A LIST OF PROSPECTIVE ALIBI WITNESSES AND ANY OTHER
     WITNESSES DEFENDANT(S) WISH BROUGHT TO THE ATTENTION
     OF THE JURY DURING VOIR DIRE, IDENTIFIED BY CITY OR TOWN
     OF RESIDENCE, OR BY AN INSTITUTIONAL ADDRESS;
(4)  A STATEMENT OF THE QUALIFICATIONS OF ANY GOVERNMENT
     EXPERT WITNESS, AND ANY SUMMARY OF TESTIMONY PRODUCED
     PURSUANT TO FED. R. CRIM. P. 16(a)(1)(E) AND ANY RECIPROCAL
     DISCLOSURE PRODUCED BY THE DEFENDANT(S) PURSUANT TO
     FED. R. CRIM. P. 16(b)(1)(C);
(5)  A LIST OF GOVERNMENT EXHIBITS TO BE INTRODUCED AT TRIAL.
     THE EXHIBITS ARE TO BE PRE-MARKED IN A NUMERICAL SEQUENCE
     AND LABELED "GOVERNMENT EXHIBIT";
(6)  A LIST OF DEFENSE EXHIBITS TO BE OFFERED AT TRIAL.  THE
     EXHIBITS ARE TO BE PRE-MARKED IN A NUMERICAL SEQUENCE
     AND LABELED "DEFENDANT EXHIBIT";
(7)  ANY MOTIONS IN LIMINE OR OTHER REQUESTS REGARDING FORESEEABLE
     DISPUTES CONCERNING EVIDENTIARY ISSUES, INCLUDING AUTHORITY
     FOR THE RULING REQUESTED;
(8)  A TRIAL MEMORANDUM ADDRESSING THOSE ITEMS AS TO WHICH
     THERE ARE FORESEEABLE DISPUTES CONCERNING ISSUES OF LAW;
(9)  AN INFORMED ESTIMATE OF THE PROBABLE LENGTH OF THE TRIAL

(BASED ON A TRIAL SCHEDULE OF 9:00 A.M. TO 1:00 P.M. DAILY);

(10)  REQUESTS FOR JURY INSTRUCTIONS WITH CITATION TO SUPPORTING
       AUTHORITY;

(11)  ANY PROPOSED QUESTIONS FOR THE VOIR DIRE EXAMINATION;

(12)  ANY REQUEST TO USE SPECIAL AUDIO-VISUAL OR OTHER
       ELECTRONIC EQUIPMENT DURING THE TRIAL.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
  Deputy Clerk

DATED: **2/4/05**