UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.       CRIMINAL NO. 03-10383-RGS

DOMINGO VEGA and
JOSE RAFAEL SANTIAGO

## NOTICE OF RE-SCHEDULING

STEARNS, DJ.       JUNE 21, 2005

    SENTENCING FOR THE ABOVE-NAMED DEFENDANTS IS HEREBY RE-SCHEDULED TO:

    **THURSDAY, AUGUST 4, 2005 AT 2:30 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                RICHARD G. STEARNS
                                UNITED STATES DISTRICT JUDGE

                BY:
                             /s/ Mary H. Johnson
                               **Deputy Clerk**