UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )
          V.             )     Criminal No. 03-CR-10383-RGS
                         )
JULIO FRANCO, et al.     )


## NOTICE OF APPEARANCE


_____Now comes the undersigned Assistant United States Attorney and

hereby gives notice of his appearance as counsel for the United

States of America in the captioned matter.

                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:   /s/ William Connolly
                         WILLIAM CONNOLLY
                         Assistant U.S. Attorney
                         (617) 748-3174

Dated:  July 22, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery this 22nd day of July, 2005.

_____     _____
                                     WILLIAM CONNOLLY
                                     Assistant U.S. Attorney