```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )
        V.               )    Criminal No. 03-CR-10383-RGS
                         )
JULIO FRANCO, et al.     )
```

**NOTICE OF WITHDRAWAL**

      Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter. Undersigned counsel notes that she is being transferred to another unit within the United States Attorney's Office.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                            By:   */s/ Cynthia W. Lie*
                                  CYNTHIA W. LIE
                                  Assistant U.S. Attorney
                                  (617) 748-3183

Dated: July 22, 2005

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon counsel of record the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery this 22nd day of July, 2005.

 

_____      _____
                                                       CYNTHIA W. LIE
                                                       Assistant U.S. Attorney