| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:03CR10383-03-RGS |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jose Rafael Santiago | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Boston |
|---|---|---|
| | NAME OF SENTENCING JUDGE Richard G. Stearns | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 20, 2007 — TO August 19, 2012 |

OFFENSE

Ct. 1: Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine, 21 USC § 846;

Ct. 2: Attempted Possession with Intent to Distribute Cocaine, and Aiding and Abetting, 21 USC § 841(a)(1) & 18 USC § 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Puerto Rico upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9-20-07     *Richard G. Stearns*
Date                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Puerto Rico

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/9/08     [signature]
Effective Date                  United States District Judge