OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
I Courthouse Way  -  Suite 2300
Fan Pier
Boston, Massachusetts  02210

**Sarah Allison Thornton**
**Clerk**

**Mary H. Johnson**
**Deputy Clerk to the Honorable**
**Richard G. Stearns**
**U. S. District Judge**

March 31, 2008

**Clerk, U. S. District Court for the**
  **District of Puerto Rico**
**150 Federico Degetau Federal Building**
**150 Carlos Chardon Avenue**
**San Juan, Puerto Rico   00918-1767**

RE: United States v. Jose Rafael Santiago
Our Criminal No. 03-10383-03-RGS

Dear Sir/Madam:

Pursuant to a Transfer of Jurisdiction signed by your Court on January 9, 2008,  enclosed please find certified copies of the pleadings as follows:

1. Indictment;
2. Plea Agreement;
3. Judgment and Commitment Order;
4. Statement of Reasons;
5. Docket Sheet

If I may be of any further assistance to you in this matter, please do not hesitate to contact me.

Sincerely,

SARAH ALLISON THORNTON, Clerk

By:   Mary H. Johnson, Deputy Clerk